1  HAMID R. RAFATJOO (SBN 181564)
       hrafatjoo@venable.com
2  KEITH C. OWENS (SBN 184841)
       kowens@venable.com
3  JENNIFER L. NASSIRI (SBN 209796)
       jnassiri@venable.com
4  **VENABLE LLP**
   2049 Century Park East, Suite 2100
5  Los Angeles, CA 90067
   Telephone:   (310) 229-9900
6  Facsimile:   (310) 229-9901

7  Attorneys for U.S. Bank National Association, as Trustee, as successor-
   in-interest to Bank of America, N.A., as Trustee, as successor by
8  merger to LaSalle Bank National Association, as Trustee, for the
   registered holders of Greenwich Capital Commercial Funding Corp.,
9  Commercial Mortgage Trust 2005-GG3, Commercial Mortgage Pass
   Through Certificates, Series 2005-GG3, by and through, CWCapital
10 Asset Management LLC, solely in its capacity as Special Servicer

11              **UNITED STATES BANKRUPTCY APPELLATE PANEL**

12                       **OF THE NINTH CIRCUIT**

13

| | |
|---|---|
| In re: | BAP Nos. NV-12-1456 and NV-12-1474 |
| THE VILLAGE AT LAKERIDGE, LLC aka MAGNOLIA VILLAGE, LLC, | Bankruptcy Case No. 11-51994-BTB |
| | Chapter 11 |
| Debtor. | Appeal Reference Nos. 12-09 and 12-10 |
| THE VILLAGE AT LAKERIDGE, LLC aka MAGNOLIA VILLAGE, LLC, | **CERTIFICATE OF SERVICE RE U.S. BANK'S OPPOSITION TO EMERGENCY MOTION FOR STAY PENDING APPEAL** |
| Appellant / Cross-Appellee. | |
| vs. | |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO BANK OF AMERICA, N.A., AS TRUSTEE, AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE REGISTERED HOLDERS OF GREENWICH CAPITAL COMMERCIAL FUNDING CORP., COMMERCIAL MORTGAGE TRUST 2005-GG3, COMMERCIAL MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-GG3, BY AND THROUGH, CWCAPITAL ASSET MANAGEMENT LLC, SOLELY IN ITS CAPACITY AS SPECIAL SERVICER, | |

| | |
|---|---|
| 1 | |
| 2 | Appellee / Cross-Appellant. |
| 3 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO BANK OF AMERICA, N.A., AS |
| 4 | TRUSTEE, AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL |
| 5 | ASSOCIATION, AS TRUSTEE, FOR THE REGISTERED HOLDERS OF GREENWICH |
| 6 | CAPITAL COMMERCIAL FUNDING CORP., COMMERCIAL MORTGAGE TRUST 2005- |
| 7 | GG3, COMMERCIAL MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005- |
| 8 | GG3, BY AND THROUGH, CWCAPITAL ASSET MANAGEMENT LLC, SOLELY IN |
| 9 | ITS CAPACITY AS SPECIAL SERVICER, |
| 10 | Cross-Appellant. |
| 11 | vs. |
| 12 | THE VILLAGE AT LAKERIDGE, LLC aka MAGNOLIA VILLAGE, LLC; AND |
| 13 | ROBERT ALAN RABKIN, MD, |
| 14 | Cross-Appellees |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# CERTIFICATE OF SERVICE

I certify that on October 17, 2012, I electronically filed the foregoing documents with the Clerk of the Court for the Bankruptcy Appellate Panel for the Ninth Circuit by using the CM/ECF system.

**U.S. BANK'S OPPOSITION TO EMERGENCY MOTION FOR STAY PENDING APPEAL**

**DECLARATION OF JASON R. BUCKHOLTZ IN SUPPORT OF U.S. BANK'S OPPOSITION TO EMERGENCY MOTION FOR STAY PENDING APPEAL**

**DECLARATION OF KEITH C. OWENS IN SUPPORT OF U.S. BANK'S OPPOSITION TO EMERGENCY MOTION FOR STAY PENDING APPEAL**

**U.S. BANK'S SUPPLEMENTAL APPENDIX TO OPPOSITION TO EMERGENCY MOTION FOR STAY PENDING APPEAL AND REQUEST FOR JUDICIAL NOTICE**

**EVIDENTIARY OBJECTIONS TO THE DECLARATION OF KATHIE BARTLETT IN SUPPORT OF EMERGENCY MOTION FOR STAY PENDING APPEAL**

I certify that all parties of record to this appeal who either are registered CM/ECF users, or who have registered for electronic notice, or have consented in writing to electronic service, and that service will be accomplished through the CM/ECF system.

**BAP SERVICE LIST FOR**
*IN RE THE VILLAGE AT LAKERIDGE*

| | | | |
|---|---|---|---|
| Counsel for Appellee / Cross-Appellant<br>Louis M. Bubala III<br>ARMSTRONG TEASDALE LLP<br>Suite 950<br>50 W. Liberty St.<br>Reno, NV 89501<br>Email: lbubala@armstrongteasdale.com | 12-1456<br>12-1474 | Email | Active |
| Office of the U.S. Trustee<br>William B Cossitt<br>Office of The United States Trustee<br>C. Clifton Young Federal Building<br>Suite 3009<br>300 Booth Street<br>Reno, NV 89509-0000<br>Email: bill.cossitt@usdoj.gov | 12-1456<br>12-1474 | Email | Active |
| Counsel for Cross-Appellee Robert Alan Rabkin<br>Jeffrey L. Hartman<br>HARTMAN & HARTMAN<br>Suite B<br>510 West Plumb Lane<br>Reno, NV 89509-0000<br>Email: notices@bankruptcyreno.com | 12-1456<br>12-1474 | Email | Active |

| | | |
|---|---|---|
| Counsel for Appellee / Cross-Appellant<br>Keith Charles Owens<br>Venable LLP<br>2049 Century Park East<br>Ste 2100<br>Los Angeles, CA 90067<br>Email: kowens@venable.com | 12-1456<br>12-1474 | Email | Active |
| Counsel for Appellee / Cross-Appellant<br>Hamid R. Rafatjoo<br>Venable LLP<br>Suite 2100<br>2049 Century Park East<br>Los Angeles, CA 90067-4100<br>Email: hrafatjoo@venable.com | 12-1456<br>12-1474 | Email | Active |
| Counsel for Appellant / Cross-Appellee<br>Alan R. Smith<br>Law Offices of Alan R. Smith<br>505 Ridge Street<br>Reno, NV 89501-0000<br>Email: mail@asmithlaw.com | 12-1456<br>12-1474 | Email | Active |
| Office of the U.S. Trustee<br>Nicholas Strozza<br>Office of The United States Trustee<br>C. Clifton Young Federal Building<br>Suite 3009<br>300 Booth Street<br>Reno, NV 89509-0000<br>Email: nick.strozza@usdoj.gov | 12-1456<br>12-1474 | Email | Active |

**CAUTION:** If the word *Active* is in the **ECF Filing Status** column, then electronic filing will constitute service to the party.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 17th day of October, 2012.


   Bambi Clark                     /s/ Bambi Clark         
         Name                             Signature